

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2014

No. 04-14-00396-CV

**IN THE INTEREST OF H.A.G., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02990
Honorable Olin B. Strauss, Judge Presiding

# O R D E R

    Appellee's motion for extension of time to file brief is hereby GRANTED.  Time is extended to September 12, 2014.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court